**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01079-CR

**HENRY ANDRE WINZER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 14-00334-422-F**

## ORDER

Appellant's motion to withdraw Issue Two from his appellate brief is **GRANTED**.


/s/     ELIZABETH LANG-MIERS
           PRESIDING JUSTICE